UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY M. MOLL and MONA
LYNN PIGG, each individually and on
behalf of and all others similarly situated.

    Plaintiffs,

vs.

CLASS REPRESENTATION
Case No: 3:05-CV-00160-RV-MD

ALLSTATE FLORIDIAN
INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING ATTORNEY
TIME RECORDS FOR THE PERIOD JUNE 14-JULY 13, 2005**

PLAINTIFFS, pursuant to N.D. Fla. Loc. R. 54.1(B), have filed under seal a hard copy record of all time expended in this for the period June 14, 2005, through and including July 13, 2005.

TOTAL ATTORNEY HOURS THIS FILING:     10.9

TOTAL NON-ATTORNEY HOURS THIS FILING:   0

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by notice of electronic filing to Harold R. Mardenborough, Jr., McFarlain & Cassedy, P.A., 305 S. Gadsden St., Tallahassee, FL 32301 (hal@mcfarlain.com).

This the 14thth day of July, 2005.

                                                s/Matthew D. Schultz
                                                MATTHEW D. SCHULTZ
Fla. Bar No. 640328
Levin, Papantonio, Thomas, Mitchell,
    Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7000
Fax: (850) 436-61412
Email: mschultz@levinlaw.com
Attorneys for Plaintiffs