UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY M. MOLL and MONA
LYNN PIGG, each individually and on
behalf of and all others similarly situated.

    Plaintiffs,

vs.

CLASS REPRESENTATION
Case No: 3:05-CV-00160-RV-MD

ALLSTATE FLORIDIAN
INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING ATTORNEY TIME RECORDS FOR THE PERIOD JULY 14-AUGUST 14, 2005

PLAINTIFFS, pursuant to N.D. Fla. Loc. R. 54.1(B), have filed under seal a hard copy record of all time expended in this for the period July 14, 2005, through and including August 14, 2005.

TOTAL ATTORNEY HOURS THIS FILING:    33.3

TOTAL NON-ATTORNEY HOURS THIS FILING:  0

CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by notice of electronic filing to Harold R. Mardenborough, Jr., McFarlain & Cassedy, P.A., 305 S. Gadsden St., Tallahassee, FL 32301 (hal@mcfarlain.com).

This the 15th day of August, 2005.

                                              s/Matthew D. Schultz
                                              MATTHEW D. SCHULTZ
                                              Fla. Bar No. 640328
                                              Levin, Papantonio, Thomas, Mitchell,
                                                    Echsner & Proctor, P.A.
                                              316 South Baylen Street, Suite 600
                                              Pensacola, FL 32502-5996
                                              Phone: (850) 435-7000
                                              Fax: (850) 436-61412
                                              Email: mschultz@levinlaw.com
                                              Attorneys for Plaintiffs